**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————

**No. 02-7705**

————————

MICHAEL RAY HARVEY,

                                    Plaintiff - Appellant,

          versus

DANIEL T. MAHON, Warden; CAPTAIN DAVIS,
C.C.A.; D. A. BRAXTON, Warden, ROSP; PAUL
WILLIAMS; VIRGINIA DEPARTMENT OF CORRECTIONS;
R. FLEMING, Major; J. K. VAUGHN; R. T. COKER;
V. SMITH, Doctor; RUFUS FLEMING; DOCTOR KING;
DAVID A. SMITH, Assistant Warden, H.C.C.; J.
REDD, Segregation Counselor, H.C.C.,

                                    Defendants - Appellees,

          and

CORRECTIONAL OFFICER BUTLER; V. L. EVANS;
WILLIAM RODGERS, Regional Administrator,
Central Region, VDOC; L. DOTSON, Warden,
L.C.C.; S. FLEENOR, Grievance Coordinator at
ROSP, VDOC; JOHN DOE, I, person named unknown
at C.C.A., VDOC, employee at C.C.A. charges
with duty of disciplinary hearings; JOHN DOE,
II, person named unknown at C.C.A., VDOC,
employee at C.C.A. charges with duty of
Ombudsman for D.O.C.; JOHN DOE, III, person
named unknown at C.C.A., employee head of
medical staff; JOHN DOE, IV, person unknown at
VDOC, Director of Medical Services and Medical
Policy of D.O.C.,

                                    Defendants.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. Jackson L. Kiser, Senior District Judge. (CA-02-829-7)

Submitted: March 6, 2003                    Decided: April 4, 2003

Before MICHAEL and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Michael Ray Harvey, Appellant Pro Se.  Mark Ralph Davis, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, Jim Harold Guynn, Jr., GUYNN & MEMMER, P.C., Roanoke, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Michael Ray Harvey appeals the district court's order denying his motion for a preliminary injunction in this action filed pursuant to 42 U.S.C. § 1983 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Harvey v. Mahon</u>, No. CA-02-829-7 (W.D. Va. Sept. 11, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>